UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BAYBUTT CONSTRUCTION
CORPORATION

   v.                                        No.:

TOWN OF BOXFORD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

This is an action for breach of contract and breach of statutory duty, as well as unjust enrichment, arising out of a construction project built by Baybutt Construction Corporation for the Town of Boxford. Plaintiff alleges:

## BACKGROUND FACTS

1. Baybutt Construction Corporation ("Baybutt") is a New Hampshire corporation headquartered in Keene, New Hampshire, engaged in the business of general contracting and construction management for commercial projects in New Hampshire, Vermont and Massachusetts.

2. In April of 2002, Baybutt entered into a written construction contract with the Town of Boxford for building a new Boxford Town Hall, in accordance with agreed plans and specifications, for a price of $3,662,523.00.

3. Various changes to the Work were required during construction, which added $1,014,604.22 to the contact price.

4. Baybutt proceeded to secure and pay for labor and materials for completion of the project, as changed from time to time at the direction of the project architect, and requisitioned for regular progress payments in accordance with the terms of the parties' Agreement.

5. Although the project took longer than anticipated to complete, delays resulted from changes directed by the project architect, and from additional work necessitated due to inadequate design.

6. From time to time during the project, Baybutt requested both additional time and additional compensation due to changes either requested by the project architect or necessitated by inadequate design–and in many cases, the project architect, to whom the initial decision on such requests is allocated by the contract documents, refused one or both such requests.

7. Additional delays were occasioned by the failure of the project architect to respond to requests for direction in resolving design issues–including but not limited to requests for direction with regard to a fire pump system, the initial design of which did not meet code requirements.

8. For example, the project architect authorized Baybutt to proceed to complete a changed fire pump system on a "time and materials" basis, and after completion of the change order work Baybutt billed for said work on a "time and materials" basis. To date, no part of that bill has been paid.

9. The project has been substantially completed, and the Town of Boxford took

possession and occupancy on or before January 12, 2004.

10. The Town of Boxford is withholding five percent "retainage" on the project, amounting to $213,585.25. Baybutt has invoiced for said retainage, but to date it has not been paid.

11. Baybutt is also owed the balance of the contract price exclusive of retainage, amounting to $405,422.02.

12. In total, Baybutt is owed $619,007.27 by the Town of Boxford for work performed under the parties' Agreement.

## JURISDICTION AND VENUE

13. Jurisdiction is based on diversity of citizenship pursuant to 28 U.S.C. §1332, in that the controversy is between citizens of different states and more than $75,000, exclusive of interest and costs, is at issue.

14. Venue is proper in this District by virtue of 28 U.S.C. §1391(a), in that defendant resides in this District, and a substantial part of the events or omissions giving rise to the claim occurred in this District.

## CAUSE OF ACTION:COUNT I (Breach of Contract)

15. Baybutt repeats and realleges by reference the allegations of paragraphs 1 through 14 above.

16. The failure and refusal of the Town of Boxford to pay the amounts invoiced and billed by Baybutt are in breach of its contract.

17. Baybutt has been damaged as a result.

## COUNT II (Breach of M.G.L. Chapter 30, Section 39F)

18. Baybutt repeats and realleges by reference the allegations of paragraphs 1 through 17 above.

19. The parties' agreement is a contract governed by the provisions of M.G.L. Ch. 30, Sec. 39F, and the Town of Boxford is the "awarding authority" within the meaning thereof.

20. Section 39F(1)(b) requires that no later than 65 days after a subcontractor substantially completes its work, its subcontract amount is due it "and the awarding authority shall pay that amount to the general contractor."

21. The Town of Boxford is in breach of such statutory provision in that it has failed to pay the general contractor the amount due Baybutt's subcontractors more than 65 days after completion of their work.

22. Baybutt has suffered diminution of its good will with its subcontractors, some of which it employs on other jobs.

23. As a result of the failure to the Town of Boxford to pay said amounts, claims have been made against Baybutt and against its payment bond furnished to the Town of Boxford with respect to this project.

24. Baybutt has incurred and will continue to incur attorneys fees and interest charges as a result of the claims made by unpaid subcontractors, themselves unpaid due to the failure of the Town of Boxford to comply with its statutory obligations under Chapter 30, Section 39F.

## COUNT III (Unjust Enrichment/Quantum Meruit)

25. Baybutt repeats and realleges by reference the allegations of paragraphs 1 through 17 above.

26. Baybutt has provided goods and services to the Town of Boxford, not as a volunteer, which have conferred a substantial benefit upon the Town, and for which Baybutt has not been compensated.

27. It would be unconscionable and unjust for the Town to retain said benefits without making payment therefor.

## PRAYER FOR RELIEF

WHEREFORE, Baybutt prays

A. For an award of damages against the Town of Boxford in the amount of $619,007.27;

B. For an award of its attorneys fees incurred in defending and handling direct claims and bond claims by its subcontractors, together with interest thereon; and

C. For such further relief as may be just.

Respectfully submitted,
BAYBUTT CONSTRUCTION CORPORATION
By its attorney,

March 25, 2004

_____
Frank P. Spinella, Jr.  #566536
HALL, MORSE, ANDERSON, MILLER &
SPINELLA, P.C.
14 Centre Street, P. O. Box 2289
Concord, NH 03302-2289
(603) 225-6655

App. C                          UNITED STATES DISTRICT COURT

## APPENDIX C.  CIVIL CATEGORY SHEET
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____
   BAYBUTT CONSTRUCTION CORPORATION V. TOWN OF BOXFORD

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1))

   ___   I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT

   ___   II.   195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
               740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

   _X_   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

   ___   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

   ___   V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E))
   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? __NO__

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? __NO__
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)
   __NO__

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? __NO__

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY)? (SEE LOCAL RULE 40.1(C)) YES ___ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D)) YES ___

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES ___
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? ___

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? _Eastern_

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION_____OR WESTERN SECTION_____

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME_____FRANK P. SPINELLA, JR._____
ADDRESS_____14 Centre St., P.O. Box 2289, Concord, NH 03302-2289
TELEPHONE NO._____(603) 225-6655_____

(COVER.SHT-08/90)                                              APPENDIX C

Effective September 1, 1990.

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BAYBUTT CONSTRUCTION CORPORATION

## DEFENDANTS
TOWN OF BOXFORD

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cheshire, NH
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Essex
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Frank P. Spinella, Jr.   (603) 225-6655
Hall Morse Anderson Miller & Spinella, PC
14 Centre St., P.O. Box 2289
Concord, NH 03302-2289

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

*PERSONAL INJURY*
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Breach of contract.  Breach of statutory duty.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 3/25/04
SIGNATURE OF ATTORNEY OF RECORD: [signed] F.P. Spinella Jr.

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____