# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

BAYBUTT CONSTRUCTION CORPORATION

V.

TOWN OF BOXFORD

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10608 MLW

TO: (Name and address of Defendant)

Town of Boxford
28 Middleton Road
Boxford, MA    01921

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frank P. Spinella, Jr.
14 Centre Street
P. O. Box 2289
Concord, NH 03302-2289

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  MAR 29 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/5/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kenneth Gagnon | Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: __Boxford Town Hall Clerk Office__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __Alice MacKay Asst to Clerk__

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4/5/04__  __/s/ Kenneth Gagnon__
           Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# Essex County Sheriff's Department
## Division of Civil Process

POST OFFICE BOX 2019
36 FEDERAL STREET
SALEM, MASSACHUSETTS 01970

TELEPHONE:
(978) 750-1900, ext. 3590
Fax: (978) 741-2585

PLEASE REMIT TO:
P.O. BOX 2019
SALEM, MA 01970

Frank G. Cousins, Jr.,
Sheriff

Richard J. Roaf, Jr.
Director

Robyn M. Clarke,
Office Manager

---

 **Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.                                                                      April 7, 2004

I hereby certify and return that on 4/5/2004 at 10:20 am I served a true and attested copy of the summons and complaint, civil action cover sheet, appendix C Civil Category Sheet in this action in the following manner: To wit, by delivering in hand to Alice J. MacKay, Assistant to Town Clerk, agent, person in charge at the time of service for Town of Boxford, 28 Middleton Road, Town Hall Clerk, Boxford, MA 01921. Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($16.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $56.50

Deputy Sheriff

Deputy Sheriff Kenneth Gagnon