UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                              \*
Baybutt Construction Corporation              \*
                                              \*
v.                                            \*   Docket No. 04-10608-MLW
                                              \*
Town of Boxford                               \*
                                              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CORPORATION DISCLOSURE STATEMENT
## PURSUANT TO LOCAL RULE 7.3

____ The filing party, a non-governmental corporation, identifies the following parent companies (list the names and addresses of each publicly held corporation that controls the filing party, directly or through others, or owns 10% or more of the party's stock):

   None

____ The filing party identifies the following publicly held corporations with which a merger agreement with the party exists:

   None

____ The filing party has no parent companies or merger agreements with publicly held corporations.

Respectfully submitted,

BAYBUTT CONSTRUCTION COMPANY

By: _____
Frank P. Spinella, Jr., Esq.
HALL, MORSE, ANDERSON, MILLER &
SPINELLA, P.C.
14 Centre Street, P.O. Box 2289
Concord, NH 03302-2289
(603) 225-6655