```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


BAYBUTT CONSTRUCTION CORP.,      )
     Plaintiff(s),               )
                                 )
      v                          )      C.A. No. 04-10608-MLW
                                 )
TOWN OF BOXFORD,                 )
     Defendant(s),               )
```

MEMORANDUM AND ORDER


WOLF, D.J.                                        June 16, 2004


    This action is one of about 225 civil cases assigned to me. I am also responsible for about 40 criminal cases, involving more than 50 defendants, many of whom have been incarcerated pending trial. Accordingly, I am interested in making arrangements for the fair and efficient progress and resolution of some of my civil cases.

    Upon review of my civil docket, I believe that the above captioned case, and the administration of justice would benefit from being reassigned for all purposes to Magistrate Judge Cohen, pursuant to 28 U.S.C. § 636(c)(1) and (3). If such reassignment occurs, Magistrate Judge Cohen will decide all pretrial issues, schedule a firm trial date, conduct any trial that is necessary, with or without a jury, and any appeal would