UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAYBUTT CONSTRUCTION CORP., )<br>)<br>Plaintiff )<br>)<br>V. )<br>)<br>TOWN OF BOXFORD , )<br>)<br>Defendant ) | No. 04-10608MLW<br><br>PLANNING REPORT AND<br>DISCOVERY PLAN |

**DATE/PLACE OF CONFERENCE BETWEEN COUNSEL:** June 10, 2004 (telephonic)

**COUNSEL PRESENT/REPRESENTING:**

For Plaintiff: Frank P. Spinella, Jr.

For Defendant: David J. Doneski

## CASE SUMMARY:

**THEORY OF LIABILITY:** Plaintiff alleges breach of contract in connection with the construction by Baybutt of the new Boxford Town Hall, actionable under the common law and under M.G.L. ch. 30, §39F, as well as unjust enrichment/quantum meruit. Defendant counterclaims for liquidated damages and out-of-pocket expenses.

**THEORY OF DEFENSE:** Defendant denies claims generally, and claims as defenses full payment, failure to comply with all terms of the parties' contract, failure to exhaust administrative remedies, failure to complete/correct work, and lack of standing under M.G.L. ch. 30, §39F. As to the counterclaim, plaintiff denies responsibility for late performance, challenges the liquidated damages as a penalty, and claims that recovery is barred by defendant's breach, waiver, estoppel and failure to mitigate.

**DAMAGES:** Plaintiff claims damages in the amount of $619,007.27 plus interest and costs. Defendant counterclaims for liquidated damages of $110,000.00 and for actual damages in an unspecified amount to compensate it for actual costs incurred, allegedly attributable to plaintiff's breach.

**DEMAND:** To be made by September 1, 2004

**OFFER:** To be made by September 30, 2004

**JURISDICTIONAL QUESTIONS:** N/A

**QUESTIONS OF LAW:** Applicability of M.G.L. ch. 30, §39F; whether liquidated damages are recoverable where there are concurrent causes of delay.

**TYPE OF TRIAL: jury**

### DISCOVERY:

**TRACK ASSIGNMENT:** Standard. Ready for trial July 2005.

**DISCOVERY NEEDED:** Discovery on issues of liability and damages.

**MANDATORY DISCLOSURES Fed. R. Civ. P. 26(a)(1)**

*Rule 26(a)(1) disclosures to be made within 14 days of Case Management Conference.*

**COMPLETION OF DISCOVERY:** *April 30, 2005*

**INTERROGATORIES:** A maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service unless otherwise agreed to pursuant to Fed. R. Civ. P. 29.

**REQUESTS FOR ADMISSION:** A maximum of *25* requests for admission by each party to any other party. Responses due 30 days after service unless otherwise agreed to pursuant to Fed. R. Civ. P. 29.

**DEPOSITIONS:** A maximum of six depositions by each party. Each deposition limited to a maximum of *eight* hours unless extended by agreement of the parties.

**DISCLOSURE OF EXPERTS/ WRITTEN REPORTS/ SUPPLEMENTATIONS:**

**Plaintiff:** February *15, 2005*   **Defendant:** March *15, 2005*

Supplementations due April *15, 2005 from Plaintiff,* April *30, 2005 from Defendant.*

## OTHER ITEMS

**JOINDER OF ADDITIONAL PARTIES:**

**Plaintiff:** *By September 1, 2004, or 15 days after any ruling on a Rule 19 Motion*

**Defendant:** *By October 1, 2004*

**THIRD-PARTY ACTIONS:** *By October 1, 2004*

**AMENDMENT OF PLEADINGS:**

**Plaintiff:** *By November 15, 2004, or 15 days after any ruling on any Motion to Dismiss*

**Defendant:** *By November 30, 2004*

**DISPOSITIVE MOTIONS:**

**To Dismiss:** January *1, 2005*   **For Summary Judgment:** April *30, 2005*

**SETTLEMENT POSSIBILITIES:**

*Cannot be evaluated prior to December 1, 2004. May be enhanced by ADR through the court no sooner than December 1, 2004.*

**JOINT STATEMENT RE ADR:**

*ADR is not requested at this time; the parties shall notify the Court as to a recommended ADR date should it become warranted.*

**WITNESSES AND EXHIBITS:**

Lists due five (5) days before final pretrial conference but not less than thirty (30) days before trial for lists (included in final pretrial statements), and 14 days after filing of final pretrial statement for objections

In accordance with Local Rule 16.5

**TRIAL ESTIMATE:** *4 days*

**REQUESTED TRIAL DATE:** *July__, 2005*

**OTHER MATTERS:** *The parties are presently unaware of any other matters which should be brought to the court's attention including other orders that should be entered under Fed. R. Civ. P. 26(c) or 16(b) and (c).*

                                              Respectfully submitted,

                                              Baybutt Construction Corporation
                                              By its attorney,

Date:   July 2, 2004                      Frank P. Spinella, Jr.
                                              HALL, MORSE, ANDERSON,
                                              MILLER & SPINELLA, P.C.
                                              14 Centre Street, P. O. Box 2289
                                              Concord, NH 03302-2289
                                              (603) 225-6655

                                              Town of Boxford
                                              By its attorney,

Date:   July 6, 2004                      David J. Doneski
                                              Town Counsel
                                              Kopelman and Paige, P.C.
                                              31 St. James Avenue
                                              Boston, MA 02116
                                              (617) 556-0007