```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


BAYBUTT CONSTRUCTION CORP.,  )
     Plaintiff(s),           )
                             )
     v.                      )    C.A. No. 04-10608-MLW
                             )
TOWN OF BOXFORD,             )
     Defendant(s),           )
```

ORDER

WOLF, D.J.                                          July 26, 2004

The parties in this case were issued a Memorandum and Order [3], asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Lawrence Cohen pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. Neither party has responded. Thus, all parties are deemed to have consented. Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Cohen for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

                                   /s/ Mark L. Wolf
                                   UNITED STATES DISTRICT COURT