UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|--|--|--|
| Baybutt Construction Corporation | * | |
| | * | |
| v. | * | Docket No. 04-10608-MLW |
| | * | |
| Town of Boxford | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO EXTEND TIME FOR EXPERT DISCLOSURES

NOW COME the parties, through counsel, and move the court to extend the time for disclosure of expert witnesses and submission of reports, for both parties – in the case of plaintiff, from February 15, 2005 to March 15, 2005, and in the case of defendant, from March 15, 2005, to April 15, 2005.

No delay in the trial date will be occasioned by this adjustment to the schedule.

Respectfully submitted,

BAYBUTT CONSTRUCTION COMPANY

By its attorneys,

HALL, MORSE, ANDERSON, MILLER &
SPINELLA, P.C.

February 24, 2005

_____
Frank P. Spinella, Jr. #566536
14 Centre Street, P.O. Box 2289
Concord, NH 03302-2289
(603) 225-6655

TOWN OF BOXFORD

By its Attorneys

KOPELMAN AND PAIGE, P.C.

_____
David J. Doneski
31 St. James Avenue
Boston, MA 02116-4102
(617) 654-1735


**Certificate of Service**

I hereby certify that a copy of the foregoing was forwarded this date to David J. Doneski, Esquire.

_____

- 2 -