UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>BayButt Construction</u>
                Plaintiff

v.                              Case Number:    04-10608-LTS

<u>Boxford</u>
                Defendant

NOTICE
April 11, 2005

SWARTWOOD, CMJ

    The above captioned case, previously assigned to Magistrate Judge Lawrence P. Cohen is now reassigned to Magistrate Judge Leo T. Sorokin upon his appointment to the bench of this Court.

    All inquiries regarding matters before Magistrate Judge Sorokin should be directed to Maria Simeone at 617-748-4231.

                                              /s/ *Charles B. Swartwood III*
                                              Chief Magistrate Judge