# HALL, MORSE, ANDERSON, MILLER & SPINELLA, P.C.
ATTORNEYS AT LAW
14 CENTRE STREET, P.O. BOX 2289
CONCORD, N.H. 03302-2289

TEL (603)225-6655
FAX (603)228-5220
WRITER'S E-MAIL spinella@hallmorlaw.com

*G. WELLS ANDERSON
WILLIAM S. HALL
THOMAS W. MORSE
DOUGLAS J. MILLER
**FRANK P. SPINELLA, JR.

FREDERICK S. HALL
1913 – 2002

ALSO ADMITTED IN
*MAINE
**CT, DC, MA & NY

FILED
CLERKS OFFICE

2005 APR 25 P 1: 47

U.S. DISTRICT COURT
DISTRICT OF MASS

April 22, 2005

Tony Anastas, Clerk
United States District Court
  For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: **Baybutt Construction Corp. v. Town of Boxford**
    **Docket No. 04-10608-MLW**

Dear Clerk Anastas:

This is to inform you that the Plaintiff, Baybutt Construction Corporation, consents to a transfer of the case to Magistrate Judge Sorokin for all purposes.

Respectfully yours,

Frank P. Spinella, Jr.
FPS/jhb
cc:   Fred Baybutt
      David Doneski, Esq.