UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



```
*********************************
                                 *
Baybutt Construction Corporation *
                                 *
         v.                      *    Docket No. 04-10608-MLW  LTS
                                 *
Town of Boxford                  *
                                 *
*********************************
```

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIM

Baybutt Construction Corporation ("Baybutt") moves pursuant to Fed.R.Civ.P. 56 for summary judgment on defendant Town of Boxford's ("Boxford") counterclaim for liquidated damages in the amount of $110,00.00.

In support hereof, Baybutt submits the enclosed Memorandum of Law, and excerpts from the transcript Boxford's Town Manager Alan Benson, as well as the concise statement of undisputed material facts required by local rule.

Respectfully submitted,
BAYBUTT CONSTRUCTION COMPANY
By its attorneys,

HALL, MORSE, ANDERSON, MILLER &
SPINELLA, P.C.

May 11, 2005

_____
Frank P. Spinella, Jr. #566536
14 Centre Street, P.O. Box 2289
Concord, NH 03302-2289
(603) 225-6655

- 2 -

## Certificate of Service

I hereby certify that a copy of the foregoing was forwarded this date to David J. Doneski, Esquire.

_____
Frank P. Spinella, Jr.

## Certificate Pursuant to LR 7.1A(2)

I hereby certify that I have conferred with opposing counsel David J. Doneski, Esquire, in an attempt to narrow the issues raised by this Motion.

_____
Frank P. Spinella, Jr.

- 2 -