UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BAYBUTT CONSTRUCTION CORP.,     )
    Plaintiff,                  )
                                )
    v.                          )     C.A. No. 04-10608-MLW
                                )
TOWN OF BOXFORD,                )
    Defendant.                  )

ORDER

WOLF, D.J.                                              May 20, 2005

    The parties in this case were issued an Order, asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Leo Sorokin, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred.  Plaintiff informed the court of its consent. Defendant did not respond and is, therefore, deemed to have consented.  Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Sorokin for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

                                                     /s/ Mark L. Wolf
                                                     UNITED STATES DISTRICT COURT