UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10608-MLW

BAYBUTT CONSTRUCTION
CORPORATION,

    Plaintiff

v.

TOWN OF BOXFORD,

    Defendant

DEFENDANT'S ASSENTED TO MOTION TO EXTEND TIME FOR SERVICE AND FILING OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Now comes the Defendant, Town of Boxford, and moves this Honorable Court to extend, from May 25, 2005 to June 6, 2005, the time for service and filing of the Defendant's opposition to the Plaintiff's Motion for Partial Summary Judgment. As grounds therefor, the Defendant says that additional time is required to review and analyze the assertions and legal argument and assemble a proper opposition, and that the Plaintiff assents to the extension.

WHEREFORE, the Town respectfully requests that this motion be allowed.

Assented to

BAYBUTT CONSTRUCTION CORPORATION
By its attorney,

*Frank Spinella* /s/ (by permission)
Frank P. Spinella, Jr. (BBO# 566536)
Hall, Morse, Anderson, Miller & Spinella, P.C.
14 Centre Street
P.O. Box 2289
Concord, MA 03302-2289
(603)225-6655

TOWN OF BOXFORD
By its attorneys,

*David J. Doneski*
David J. Doneski (BBO# 546991)
Richard T. Holland (BBO# 632661)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

## CERTIFICATE OF SERVICE

I, David J. Doneski, hereby certify that on the below date, I served a copy of the foregoing Defendant's Assented to Motion to Extend Time for Service and Filing of Opposition to Plaintiff's Motion for Partial Summary Judgment, by first class mail, postage prepaid, to the following counsel of record:

>Frank P. Spinella, Jr., Esq.
>Hall, Morse, Anderson, Miller & Spinella, P.C.
>14 Centre Street
>P.O. Box 2289
>Concord, NH  03302-2289

Dated: May 24, 2005

David J. Doneski

251868/BOXF/0059