UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10608-MLW

| | |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION, <br><br> Plaintiff <br><br> v. <br><br> TOWN OF BOXFORD, <br><br> Defendant | DEFENDANT'S ASSENTED TO MOTION TO EXTEND TIME FOR SERVICE AND FILING OF OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF RULING ON MOTION FOR PARTIAL SUMMARY JUDGMENT |

Now comes the Defendant, Town of Boxford, and moves this Honorable Court to extend, from September 23, 2005 to October 7, 2005, the time for service and filing of the Defendant's opposition to the Plaintiff's Motion for Reconsideration of Ruling on Motion for Partial Summary Judgment. As grounds therefor, the Defendant says that additional time is required to analyze the Plaintiff's and prepare a proper opposition, and that the Plaintiff assents to the extension.

WHEREFORE, the Town respectfully requests that this motion be allowed.

Assented to                                                                 TOWN OF BOXFORD

BAYBUTT CONSTRUCTION CORPORATION            By its attorneys,
By its attorney,

/s/ Frank P. Spinella, Jr.                                              /s/ David J. Doneski
Frank P. Spinella, Jr. (BBO# 566536)                      David J. Doneski (BBO# 546991)
Hall, Morse, Anderson, Miller & Spinella, P.C.      Richard T. Holland (BBO# 632661)
14 Centre Street                                                          Kopelman and Paige, P.C.
P.O. Box 2289                                                              Town Counsel
Concord, MA  03302-2289                                        31 St. James Avenue
(603)225-6655                                                            Boston, MA 02116
                                                                                      (617) 556-0007