UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10608-MLW

| | |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>TOWN OF BOXFORD,<br><br>Defendant | DEFENDANT'S ASSENTED TO MOTION TO FURTHER EXTEND TIME FOR SERVICE AND FILING OF OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF RULING ON MOTION FOR PARTIAL SUMMARY JUDGMENT |

Now comes the Defendant, Town of Boxford, and moves this Honorable Court to further extend, from October 21, 2005 to October 28, 2005, the time for service and filing of the Defendant's opposition to the Plaintiff's Motion for Reconsideration of Ruling on Motion for Partial Summary Judgment. As grounds therefor, the Defendant says that other obligations of counsel have precluded the preparation of a proper opposition by October 21, and that the Plaintiff assents to the extension.

WHEREFORE, the Town respectfully requests that this motion be allowed.

| Assented to | TOWN OF BOXFORD |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION<br>By its attorney, | By its attorneys, |
| /s/ Frank P. Spinella, Jr.<br>Frank P. Spinella, Jr. (BBO# 566536)<br>Hall, Morse, Anderson, Miller & Spinella, P.C.<br>14 Centre Street<br>P.O. Box 2289<br>Concord, MA 03302-2289<br>(603)225-6655 | /s/ David J. Doneski<br>David J. Doneski (BBO# 546991)<br>Richard T. Holland (BBO# 632661)<br>Kopelman and Paige, P.C.<br>  Town Counsel<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

264192/BOXF/0059