UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------)
BAYBUTT CONSTRUCTION             )
       CORPORATION,              )
                                 )
          Plaintiff,             )
                                 )    Civil Action 04-10608-LTS
       v.                        )
                                 )
TOWN OF BOXFORD                  )
                                 )
          Defendant.             )
-------------------------------------------------)
```

MEMORANDUM AND ORDER
ON PLAINTIFF'S MOTION FOR RECONSIDERATION

November 1, 2005

SOROKIN, M.J.

The Plaintiff's Motion for Reconsideration in Civil Action 04-10608 (Docket # 25) is DENIED for the reasons previously stated.

Counsel in both C.A No. 04-10608 and C.A. No 04-10870 shall appear for a status conference/pretrial conference on November 30, 2005 at 3:00 p.m.

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE