UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10608-MLW

BAYBUTT CONSTRUCTION
CORPORATION,

    Plaintiff

v.

TOWN OF BOXFORD,

    Defendant

CIVIL ACTION NO. 04-10870-MLW

BAYBUTT CONSTRUCTION
CORPORATION,

    Plaintiff

v.

J. STEWART ROBERTS ASSOCIATES,
INC.

    Defendant

JOINT MOTION TO CONTINUE STATUS CONFERENCE AND
EXTEND FILING DATE FOR STATUS REPORT

Now come the parties to the above entitled actions and move this Honorable Court to continue the status conference scheduled for January 3, 2006 to a date after January 27, 2006, as is convenient for the Court, and to extend until that same date the filing deadline for the status report ordered to be filed pursuant to the Court's electronic order of September 8, 2005. In

support thereof, the parties say that they are in the process of scheduling a mediation session, but have been unable to schedule the session prior to the weeks of January 16 through 27, 2006. Because of the schedules of all three parties, the three attorneys involved, the mediator (John Fieldsteel), and in light of the holidays, the parties have had difficulty in establishing a mediation date agreeable to all parties. The parties now have agreed to conduct a mediation session during the weeks of January 16 through 27, 2006. The requested continuance and extension will permit the parties to determine if these matters may be settled short of trial and, if not, to narrow the issues to be tried, and will allow the most efficient use of judicial resources.

WHEREFORE, the parties respectfully request that this motion be allowed.

| | |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION<br>By its attorney, | TOWN OF BOXFORD<br>By its attorneys, |
| /s/ Frank P. Spinella, Jr.<br>Frank P. Spinella, Jr. (BBO# 566536)<br>Hall, Morse, Anderson, Miller & Spinella, P.C.<br>14 Centre Street<br>P.O. Box 2289<br>Concord, NH 03302-2289<br>(603)225-6655 | /s/ David J. Doneski<br>David J. Doneski (BBO# 546991)<br>Richard T. Holland (BBO# 632661)<br>Kopelman and Paige, P.C.<br> Town Counsel<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

J. STEWART ROBERTS ASSOCIATES, INC.
By its attorney,

/s/ Nicholas A. Ogden.
Jeffrey L. Alitz. (BBO# 553741)
Nicholas A. Ogden (BBO# 644007)
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4518

00967324.DOC/2500.1958