UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10608-MLW

```
BAYBUTT CONSTRUCTION
CORPORATION,

        Plaintiff

v.

TOWN OF BOXFORD,

        Defendant
```

CIVIL ACTION NO. 04-10870-MLW

```
BAYBUTT CONSTRUCTION
CORPORATION,

        Plaintiff

v.

J. STEWART ROBERTS ASSOCIATES,
INC.

        Defendant
```

STATUS REPORT

On January 25, 2006, representatives of and counsel for all parties participated in a mediation session conducted by a private mediator. During the course of the proceedings it became apparent that fruitful negotiation of certain matters in dispute required the circulation of additional factual material. Under the auspices of the mediator it was agreed that the information would be shared according to the following schedule:

February 3, 2006 – Baybutt Construction Corporation shall provided to J. Stewart Roberts Associates explanatory documentation regarding one of its change order cost claims.

February 3, 2006 – The Town of Boxford shall notify Baybutt Construction Corporation of the current status of the "punch list" of incomplete and/or defective work items for the construction project at issue.

February 10, 2006 – J. Stewart Roberts Associates shall respond to the explanatory documentation submitted by Baybutt Construction Corporation.

The parties have agreed to continue discussions toward a settlement of the litigation, both independent of and through the mediator. Depending on the outcome of the discussions following exchange of the information described above, an additional mediation session may be scheduled.

| | |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION<br>By its attorney, | TOWN OF BOXFORD<br>By its attorneys, |
| /s/ Frank P. Spinella, Jr.<br>Frank P. Spinella, Jr. (BBO# 566536)<br>Hall, Morse, Anderson, Miller & Spinella, P.C.<br>14 Centre Street<br>P.O. Box 2289<br>Concord, NH  03302-2289<br>(603)225-6655 | /s/ David J. Doneski<br>David J. Doneski (BBO# 546991)<br>Richard T. Holland (BBO# 632661)<br>Kopelman and Paige, P.C.<br> Town Counsel<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

J. STEWART ROBERTS ASSOCIATES, INC.
By its attorney,

/s/ Jeffrey L. Alitz.
Jeffrey L. Alitz. (BBO# 553741)
Donovan Hatem LLP
Two Seaport Lane
Boston, MA  02210
(617) 406-4518

272799/BOXF/0059