UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
Baybutt Construction Corporation          \*
\*
v.                                        \*     Docket No. 04-10608-MLW
\*
Town of Boxford                           \*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

NOW COME the parties, through counsel, and move the court to continue the status conference currently scheduled for March 1, 2006 until March 7, 2006 at 2:30 p.m. Mediation is scheduled for March 3, 2006, so the status conference is slightly premature.

Respectfully submitted,

BAYBUTT CONSTRUCTION COMPANY
By its attorneys,
HALL, MORSE, ANDERSON, MILLER &
SPINELLA, P.C.

February 27, 2006          /s/ Frank P. Spinella, Jr.
Frank P. Spinella, Jr. #566536
14 Centre Street, P.O. Box 2289
Concord, NH 03302-2289
(603) 225-6655

CERTIFICATE OF SERVICE

I certify that the within Motion has been served electronically on Jeffrey Alitz, Esq. and David J. Doneski, Esq.

/s/ Frank P. Spinella, Jr.