UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10608-MLW

BAYBUTT CONSTRUCTION CORPORATION,

    Plaintiff

v.

TOWN OF BOXFORD,

    Defendant

CIVIL ACTION NO. 04-10870-MLW

BAYBUTT CONSTRUCTION CORPORATION,

    Plaintiff

v.

J. STEWART ROBERTS ASSOCIATES, INC.

    Defendant

## NOTIFICATION OF CHANGE OF ADDRESS

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

    Kopelman and Paige, P.C.
    101 Arch Street
    Boston, MA  02110-1109
    (617) 556-0007
    FAX (617) 654-1735

    /s/ David J. Doneski
    David J. Doneski (BBO# 546991)
    Kopelman and Paige, P.C.
    101 Arch Street
    Boston, MA 02110-1109
    (617) 556-0007

CERTIFICATE OF SERVICE

      I, David J. Doneski, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
<u>/s/ David J. Doneski</u>


274517/BOXF/0059