UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10608-MLW

BAYBUTT CONSTRUCTION
CORPORATION,

    Plaintiff

v.

TOWN OF BOXFORD,

    Defendant

CIVIL ACTION NO. 04-10870-MLW

BAYBUTT CONSTRUCTION
CORPORATION,

    Plaintiff

v.

J. STEWART ROBERTS ASSOCIATES,
INC.

    Defendant

JOINT MOTION TO CONTINUE STATUS CONFERENCE

    Now come the parties to the above entitled actions and move this Honorable Court to continue the status conference scheduled for March 7, 2006 to a date after April 25, 2006, as is convenient for the Court.  In support thereof, the parties say that their second mediation session had been scheduled for March 3, 2006, in advance of the March 7 conference date, but had to be cancelled as a result of a late occurring schedule conflict.  The parties are now in the process of

selecting a new date for the second mediation session. It is anticipated that the mediation will take place some time between mid-March and mid-April, but a firm date has not yet been identified. The requested continuance and extension will permit the parties to pursue further the mediation and settlement negotiation process already begun, to narrow the issues, if any, to be tried, and will allow the most efficient use of judicial resources.

WHEREFORE, the parties respectfully request that this motion be allowed.

| | |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION<br>By its attorney, | TOWN OF BOXFORD<br>By its attorneys, |
| /s/ Frank P. Spinella, Jr.<br>Frank P. Spinella, Jr. (BBO# 566536)<br>Hall, Morse, Anderson, Miller & Spinella, P.C.<br>14 Centre Street<br>P.O. Box 2289<br>Concord, NH 03302-2289<br>(603)225-6655 | /s/ David J. Doneski<br>David J. Doneski (BBO# 546991)<br>Richard T. Holland (BBO# 632661)<br>Kopelman and Paige, P.C.<br>Town Counsel<br>101 Arch Street<br>Boston, MA 02110<br>(617) 556-0007 |

J. STEWART ROBERTS ASSOCIATES, INC.
By its attorney,

/s/ Jeffrey L. Alitz.
Jeffrey L. Alitz. (BBO# 553741)
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4518

275960/BOXF/0059