UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10608-MLW

BAYBUTT CONSTRUCTION
CORPORATION,

    Plaintiff

v.

TOWN OF BOXFORD,

    Defendant

CIVIL ACTION NO. 04-10870-MLW

BAYBUTT CONSTRUCTION
CORPORATION,

    Plaintiff

v.

J. STEWART ROBERTS ASSOCIATES,
INC.

    Defendant

JOINT MOTION TO CONTINUE STATUS CONFERENCE

    Now come the parties to the above entitled actions and move this Honorable Court to continue the status conference originally scheduled for April 26, 2006 to June 15, 2006.  In support thereof, the parties say that their second mediation session had to be rescheduled to May 30, 2006, after the April 26 date, and that it will be more beneficial to the parties and a better use of judicial resources if the conference takes place after that mediation session.  The continuance

will permit the parties to pursue further the mediation and settlement negotiation process already begun, to narrow the issues, if any, to be tried, and will allow for the best use of the court's time.

WHEREFORE, the parties respectfully request that this motion be allowed.

| | |
|---|---|
| BAYBUTT CONSTRUCTION CORPORATION<br>By its attorney, | TOWN OF BOXFORD<br><br>By its attorneys, |
| /s/ Frank P. Spinella, Jr.<br>Frank P. Spinella, Jr. (BBO# 566536)<br>Hall, Morse, Anderson, Miller & Spinella, P.C.<br>14 Centre Street<br>P.O. Box 2289<br>Concord, NH 03302-2289<br>(603)225-6655 | /s/ David J. Doneski<br>David J. Doneski (BBO# 546991)<br>Richard T. Holland (BBO# 632661)<br>Kopelman and Paige, P.C.<br> Town Counsel<br>101 Arch Street<br>Boston, MA 02110<br>(617) 556-0007 |

J. STEWART ROBERTS ASSOCIATES, INC.
By its attorney,

/s/ Jeffrey L. Alitz.
Jeffrey L. Alitz. (BBO# 553741)
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4518

282257/BOXF/0059