UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**********************************
Baybutt Construction Corporation   *
                                   *
       v.                          *   Docket No. 04-10608-MLW
                                   *
Town of Boxford                    *
                                   *
**********************************

## AGREEMENT FOR JUDGMENT

NOW COME the parties, through their respective counsel, and stipulate and agree that judgment shall enter forthwith in favor of the plaintiff in the amount of $263,000, including all costs and interest to date.

                                                  Respectfully submitted,

                                                  BAYBUTT CONSTRUCTION COMPANY
                                                  By its attorneys,
                                                  HALL, MORSE, ANDERSON, MILLER &
                                                  SPINELLA, P.C.

July 5, 2006                                  /s/ Frank P. Spinella, Jr.
                                                  Frank P. Spinella, Jr. #566536
                                                  14 Centre Street, P.O. Box 2289
                                                  Concord, NH 03302-2289
                                                  (603) 225-6655

                                                  TOWN OF BOXFORD
                                                  By its attorneys,
                                                  KOPELMAN & PAIGE

July 5, 2006                                  /s/ David J. Doneski
                                                  David J. Doneski #546991
                                                  31 St. James Ave.
                                                  Boston, MA 02116
                                                  (617) 556-0007